FILED: April 2, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-7082
(2:22-cv-00251-AWA-LRL)

_____

MARKELYN LAMONTRE JONES

   Petitioner - Appellant

v.

CHADWICK DOTSON, Director, Virginia Department of Corrections

   Respondent - Appellee

_____

J U D G M E N T

_____

  In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed.

  This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

         /s/ NWAMAKA ANOWI, CLERK